IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BENJAMIN J. BIESE,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

   v.                                     Case No. 14-cv-397-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Benjamin J. Biese dismissing petitioner's motion for post conviction relief under 28 U.S.C. § 2255 for his failure to show that he was denied the effective assistance of counsel in his criminal case.


      _____s/ A. Wiseman, Deputy Clerk_____      _____June 17, 2014_____
              Peter Oppeneer, Clerk of Court                            Date